UNITED STATES of America,
Plaintiff–Appellee

v.

Juan Jose HERRERA–MONTES,
also known as Hilario Arce,
Defendant–Appellant.

No. 11–40820
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 17, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Molly Estelle Odom, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before JONES, Chief Judge, and JOLLY and SMITH, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Juan Jose Herrera–Montes raises an issue that he concedes is foreclosed by *United States v. Molina–Gazca*, 571 F.3d 470, 474 (5th Cir.2009), in which this court determined that pretrial detention tolls a term of supervised release in accordance with 18 U.S.C. § 3624(e), "provided a conviction ultimately occurs." The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before JONES, Chief Judge, and JOLLY and SMITH, Circuit Judges.